JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHANEL, INC., | ) Case No. CV 17-6150 FMO (ASx) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| KELLY STEPHENS, | ) |
| Defendant. | ) |

Pursuant to the Court's Order Re: Default Judgment, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that:

1. Judgment is hereby entered in favor of plaintiff Chanel, Inc. and against defendant Kelly Stephens on plaintiff's claims.

2. Plaintiff shall recover against defendant Kelly Stephens in the amount of $26,615, consisting of $24,000 in statutory trademark damages, $2,040 in attorney's fees, and $575.00 in costs.

3. Defendant Kelly Stephens d/b/a 6013038381@craigslist.org , her successors and assigns, agents, officers, servants, employees, and attorneys, and those persons or entities in active concert or participation with her who receive actual notice of this Judgment by personal service or otherwise, are enjoined and permanently restrained from directly or indirectly:

a. manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods using Chanel, Inc's trademarks CHANEL (Reg. No. 0,626,035), (Reg. No. 1,314,511), CHANEL (Reg. No. 1,347, 677), and (Reg. No. 1,734,822) (collectively, "Chanel Marks");

b. using the Chanel Marks in connection with the sale of any unauthorized goods;

c. using any logo, image and/or layout which may be calculated to falsely advertise the services or products of defendant, or offered for sale via the defendant's online business via craigslist.org under the identification 6013038381@craigslist.org and/or any other website, social media platform, or business, as being sponsored by, authorized by, endorsed by, or in any way associated with Chanel, Inc.;

d. falsely representing itself as being connected with Chanel, Inc., through sponsorship or association;

e. engaging in any act which is likely to cause members of the trade and/or purchasing public to believe any goods or services of defendant sold by or offered for sale by defendant are in any way endorsed, approved by, and/or associated with Chanel, Inc.;

f. using any reproduction, counterfeit, copy, or colorable imitation of the Chanel Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by defendant via craigslist.org under the identification 6013038381@craigslist.org and/or any other website, social media platform, or business, including without limitation, handbags and wallets;

g. affixing, applying, annexing, or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent goods offered for sale or sold by defendant via craigslist.org under the identification 6013038381@craigslist.org and/or any other website, social media platform, or business, as being those of Chanel, Inc. or in any way endorsed by plaintiff.

2

4. Plaintiff shall serve defendant Kelly Stephens with a copy of this Judgment in such a manner as to make it operative in any future proceedings.

Dated this 30th day of January, 2018.

<pre>
                                                    /s/
                                            Fernando M. Olguin
                                         United States District Judge
</pre>